## IN THE SOUTHERN DISTICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LINDSEY J. TOMKINS** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **V.** | *    CASE NO.: 1:21-cv-00510 |
| | * |
| **TOUCHSTONE PARTNERS, INC, dba** | * |
| **DEBT NEGOTIATION SERVICES** | * |
| | * |
|     **Defendant.** | |

## DEFENTANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, TOUCHSTONE PARTNERS, INC. ("Touchstone") responds to the correspondingly numbered paragraphs of Plaintiff's Complaint ("Complaint") as follows:

1. Touchstone denies the allegations contained in this paragraph.

2. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

## NATURE OF THIS ACTION

3. This paragraph contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute and to which no response is required. Defendant thus moves to strike the allegations contained in Paragraph 3. To the extent that this paragraph is deemed to contain factual allegations requiring response, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

4. This paragraph contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute and to which no response is required. Defendant thus moves to strike the allegations contained in Paragraph 4. To the extent that this paragraph

is deemed to contain factual allegations requiring response, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

5. This paragraph contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute and to which no response is required. Defendant thus moves to strike the allegations contained in Paragraph 5. To the extent that this paragraph is deemed to contain factual allegations requiring response, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

6. This paragraph contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute and to which no response is required. Defendant thus moves to strike the allegations contained in Paragraph 6. To the extent that this paragraph is deemed to contain factual allegations requiring response, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

7. This paragraph contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute and to which no response is required. Defendant thus moves to strike the allegations contained in Paragraph 7. To the extent that this paragraph is deemed to contain factual allegations requiring response, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

8. This paragraph contains legal conclusions to which no responses are required. To the extent that this paragraph is deemed to contain factual allegations, they are denied. Touchstone otherwise denies the allegations contained in this paragraph. This paragraph also contains speculative and inflammatory allegations that have no bearing or factual relationship to this dispute. Defendant thus moves to strike the allegations contained in Paragraph 6.

9. Denied.

10. Denied.

## THE PARTIES

11. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

12. Admitted.

## FACTUAL ALLEGATIONS

13. This paragraph contains legal conclusions to which no responses are required. To the extent that this paragraph is deemed to contain actual factual allegations, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

14. This paragraph contains legal conclusions to which no responses are required. To the extent that this paragraph is deemed to contain actual factual allegations, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

21. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

22. Denied.

23. Denied.

24. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

25. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

26. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

27. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

28. This paragraph contains legal conclusions to which no responses are required. To the extent that this paragraph is deemed to contain actual factual allegations, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

29. Denied.

30. Denied.

31. Touchstone is without knowledge as to, and therefore denies, the allegations contained in this paragraph.

32. Denied.

33. Denied.

34. This paragraph contains legal conclusions to which no responses are required. To the extent that this paragraph is deemed to contain actual factual allegations, they are denied. Touchstone otherwise denies the allegations contained in this paragraph.

35. Denied.

36. Denied.

37. Denied.

## COUNT 1: TELEPHONE CONSUMER PROTECTION ACT

38. Touchstone incorporates its responses to the preceding paragraphs as if fully set forth therein.

39. Denied.

40. Denied.

41. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

## COUNT II: VIOLATIONS OF THE TCPA'S DO NOT CALL RULE

46. Touchstone incorporates its responses to the preceding paragraphs as if fully set forth herein.

47. Denied

48. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

### COUNT III: ALABAMA TELEMARKETING ACT

54. Touchstone incorporates its responses to the preceding paragraphs as if fully set forth herein.

55. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

56. Denied.

57. Denied.

### COUNT IV: ALABAMA TELEPHONE SOLICITATIONS ACT

Touchstone incorporates its responses to the preceding paragraphs as if fully set forth herein.

58. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

59. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

60. Denied.

61. Denied.

62. This paragraph contains legal conclusions to which no responses are required. Touchstone otherwise denies the allegations contained in this paragraph. To the extent that this paragraph is deemed to contain factual allegations, they are denied.

63. Denied.

64. Denied

65. Denied.

Touchstone further denies any allegations contained in the Complaint that are not specifically admitted above.

WHEREFORE, Touchstone requests that Plaintiff's Complaint be dismissed and/or that judgment be entered for Touchstone, that Touchstone be awarded its costs and reasonable attorneys' fees as allowed by law, and such further relief as the Court deems proper.

## **AFFIRMATIVE DEFENSES TO ALL COUNTS**

In further response and as for its affirmative defenses to all counts, Defendant Touchstone states as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff, through her written consent and failure to opt-out, and other conduct has waived her claims against Defendant.

3. Plaintiff, through her written consent and failure to opt-out, and other conduct is estopped from pursuing her claims against the Defendant.

4. Plaintiff's claims are barred by the doctrine of laches and/or the applicable statutes of limitation sunder the TCPA, ATSA, and ATA.

5. Plaintiff has failed to demonstrate the she has no other adequate remedy at law.

6. Plaintiff has failed to mitigate her damages.

7. Upon information and belief, Plaintiff lacks standing to bring her claims.

8. Plaintiff has failed to state a claim for declaratory judgment because she has not stated a separate distinct claim for a declaratory judgment, there is no ripe justiciable

controversy, and Plaintiff has failed to demonstrate that she has no other adequate remedy at law.

9. Plaintiff's claims are barred by her assumption of risk.

10. Plaintiff's claims fail because the Defendant acted in Good Faith.

11. Plaintiff's claims are barred because Statutory damages would constitute an excessive fine or penalty without the substantive or procedural safeguards guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution.

12. Touchstone expressly reserves the right to assert other affirmative defenses as may be appropriate as this action proceeds.

13. Plaintiff's claims are barred by the doctrine of estoppel.

14. The damages to Plaintiff, if any, were the result of intervening and/or superseding causes over which Defendant had no control and for which it is not responsible.

15. If it is established that Defendant is in any manner legally responsible for any of the damages claimed, such damages were proximately contributed to and caused by other persons or entities, and, thus, Defendant is entitled to equitable and implied indemnity/contribution from each of said other persons and entities in an amount in direct proportion to the culpable conduct of said other defendants, persons, or entities.

16. The relief demanded in the Complaint is barred by the doctrines of estopple, laches, waiver, unclean hands, consent, caveat emptor and/or the equitable defenses.

### *JURY DEMAND*

Defendant hereby demands a trial by jury of all issues so triable.

Date: December 1, 2021.

Respectfully Submitted,

/s/ N. Stewart Hanley
N. STEWART HANLEY
Attorney at Law
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 415-6294
Email: hanleylawfirm@gmail.com

**Attorney for Defendant Touchstone Partners, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 1st day of December, 2021 upon all counsel of record by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered counsel of record.

/s/ N. Stewart Hanley
N. STEWART HANLEY