**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDSEY J. TOMPKINS,** | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No.: 1:21-cv-00510-MU** |
| | * | |
| **TOUCHSTONE SERVICES, INC.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Comes now Plaintiff, Lindsey J. Tompkins, and respectfully requests an additional seven (7) calendar days to schedule the Scheduling Conference. The current date of the Conference is March 4, 2022 (Doc. 10). The new date would be March 11, 2022. As grounds, therefore, Plaintiff shows the Court as follows:

1.      Counsel for Plaintiff has a previously scheduled a Settlement Conference in Case Number 2:18-ml-02814-AB-PVC in the United States District Court Central District of California.

2.      Plaintiff's counsel has conferred with defense counsel, and there is no objection to this requested extension of time.

3.      The additional time will not unnecessarily delay the adjudication of this proceeding.

**WHEREFORE**, Plaintiff respectfully requests an additional seven (7) calendar days for the scheduling of the Scheduling Conference extending the date from March 4, 2022, to March 11, 2022.

*/s/ Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**
**21 South Section Street**
**Fairhope, Alabama 36532**
**Telephone:    (251) 990-5558**
**Facsimile:    (251) 990-0626**
**epunderwood@alalaw.com**
*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the preceding Motion has been served by filing said Motion with the

Clerk of Court using the CM/ECF filing system, which will notify all counsel of record this 15th

day of February 2022.

*/S/ Earl P. Underwood, Jr.*
**Earl P. Underwood, Jr.**